LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
EMILY C. WECHT (State Bar #240106)
epolcari@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MANION and BRIAN DODD<br><br>Plaintiffs,<br><br>v.<br><br>VINTAGE PHARMACEUTICALS L.L.C. d.b.a. QUALITEST PHARMACEUTICALS, ENDO PHARMACEUTICALS, INC., ENDO PHARMACEUTICALS HOLDING, INC., PATHEON, INC., CVS PHARMACY, INC., LONGS DRUG STORES CALIFORNIA L.L.C., and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No. 3:13-cv-02996-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR CVS PHARMACY INC. AND LONGS DRUG STORES OF CALIFORNIA L.L.C.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**STIPULATION**

Plaintiffs Ashley Manion and Brian Dodd and defendants CVS Pharmacy, Inc. and Longs Drug Stores of California L.L.C. by and through their undersigned counsel stipulate and agree that the due dates for the Response and Reply to CVS Pharmacy Inc. and Longs Drug Stores of California L.L.C.'s Motion to Dismiss Plaintiffs' First Amended Complaint shall be modified as follows:  Response due by 8/26/13.  Replies due by 9/2/13.  Plaintiffs and defendants CVS Pharmacy, Inc. and Longs Drug Stores of California L.L.C. are all affected parties.

///

The hearing date of September 19, 2013 shall remain in effect.

Dated: August 16, 2013  WALKUP, MELODIA, KELLY & SCHOENBERGER

/s/
EMILY C. WECHT
Attorney for Plaintiffs

Dated: August 16, 2013  K&L GATES LLP

/s/
Caitlin C. Blanche
Attorney for Defendants CVS Pharmacy, Inc. and
Longs Drug Stores of California L.L.C.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 8/19/13

IT IS SO ORDERED
Judge Edward M. Chen

_____
M. CHEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR CVS PHARMACY INC. AND
LONGS DRUG STORES OF CALIFORNIA L.L.C.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
- CASE NO. 3:13-CV-02996-EMC