In the United States District Court
for the Northern District of California
District Judge Edward M. Chen

CIVIL MINUTES

**Date:** September 30, 2013

**Case No. and Name:** C13-2996 EMC  Manion v. Vintage Pharmaceuticals

**ORDER REQUESTING ADDITIONAL EVIDENCE**

    IT IS SO ORDERED that Defendant CVS Pharmacy, Inc. shall submit by October 4, 2013, in a request for judicial notice, evidence of its license pursuant to Division 2 of the Business and Professions Code.

Dated:  September 30, 2013

_____
EDWARD M. CHEN
United States District Judge