LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
EMILY C. WECHT (State Bar #240106)
epolcari@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MANION and BRIAN DODD, | Case No. 3:13-cv-02996-EMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS CVS PHARMACY, INC. AND LONGS DRUG STORES CALIFORNIA L.L.C. ONLY** |
| v. | |
| VINTAGE PHARMACEUTICALS L.L.C. d.b.a. QUALITEST PHARMACEUTICALS, ENDO PHARMACEUTICALS, INC., ENDO PHARMACEUTICALS HOLDING, INC., PATHEON, INC., CVS PHARMACY, INC., LONGS DRUG STORES CALIFORNIA L.L.C., and DOES ONE through ONE HUNDRED, inclusive, | |
| Defendants. | |

IT IS HEREBY stipulated by and between the parties below as follows:

Plaintiffs Ashley Manion and Brian Dodd and defendants CVS Pharmacy, Inc. and Longs Drug Stores of California L.L.C., by and through their undersigned counsel, stipulate and agree that defendants CVS Pharmacy, Inc. and Longs Drug Stores California L.L.C. are to be dismissed from this action with prejudice.  Each side will bear their own costs and fees.

///

///

///

///

1   I agree to and accept the foregoing stipulation.

2   Dated:  November 7, 2013                    W<small>ALKUP</small>, M<small>ELODIA</small>, K<small>ELLY</small> & S<small>CHOENBERGER</small>

                                                 /s/ EMILY C. WECHT
                                                 EMILY C. WECHT
                                                 Attorney for Plaintiffs

7   I agree to and accept the foregoing stipulation.

9   Dated:  November 7, 2013                    K&L GATES LLP

                                                 /s/ CAITLIN C. BLANCHE
                                                 Caitlin C. Blanche
                                                 Attorney for Defendants CVS Pharmacy, Inc. and
                                                 Longs Drug Stores California L.L.C.

### **ATTORNEY ATTESTATION**

I hereby attest that I have met and conferred with defendants' counsel who has approved this stipulation as for form and content and authorized me to file this pleading with her signature indicated by a conformed signature ("/s/") within this E-filed document.

Dated: November 7, 2013                          /s/ EMILY C. WECHT
                                                 EMILY C. WECHT

LAW OFFICES OF
W<small>ALKUP</small>, M<small>ELODIA</small>, K<small>ELLY</small> & S<small>CHOENBERGER</small>
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANTS CVS PHARMACY, INC. AND LONGS DRUG STORES CALIFORNIA L.L.C. ONLY - CASE NO. 3:13-CV-02996-EMC

**[PROPOSED] ORDER**

Having considered the stipulated request of the parties, the Court orders as follows:

The Stipulation of the Parties regarding dismissal of defendants CVS Pharmacy, Inc. and Longs Drug Stores California, L.L.C. IS SO ORDERED and the defendants specified herein in the parties' stipulation are dismissed with prejudice, each side to bear their own fees and costs as to these parties and claims.

IT IS SO ORDERED

Dated: November 12, 2013



THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210