UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ASHLEY MANION and
<u>BRIAN DODD</u>             ,          CASE NO. **3:13-cv-02996-EMC**
        Plaintiff(s),

        v.                              STIPULATION AND [PROPOSED]
                                        ORDER SELECTING ADR PROCESS
VINTAGE PHARMACEUTICALS,
L.L.C. d.b.a. QUALITEST
<u>PHARMACEUTICALS, INC., et al.,</u>
        Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
X    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐    Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

X    other requested deadline  <u>February 28, 2014</u>


Dated: <u> 11/8/13        </u>                    <u>      /s/ EMILY C. WECHT     </u>
                                                  EMILY C. WECHT
                                                  Walkup, Melodia, Kelly &
                                                  Schoenberger
                                                  Attorney for Plaintiffs

CONTINUE TO FOLLOWING PAGE

Dated: 11/8/13            /s/ CAITLIN C. BLANCHE
                                   Caitlin C. Blanche, Esq.
                                   K&L Gates LLP
                                   Attorney for Defendants CVS
                                   Pharmacy, Inc., Longs Drug Stores
                                   California L.L.C., and Patheon, Inc.

Dated: 11/8/13            /s/ ROBERT S. MAGEE
                                   Robert S. Magee, Esq.
                                   Kaye Scholer LLP
                                   Attorney for Defendants Vintage
                                   Pharmaceuticals L.L.C. d.b.a.
                                   Qualitest Pharmaceuticals, Inc.,
                                   Endo Pharmaceuticals, Inc., and
                                   Endo Pharmaceuticals Holding, Inc.

**[PROPOSED] ORDER**

    XX    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.



Dated: November 12, 2013                                             
                                                       HON. EDWARD M. CHEN
                                                       UNITED STATES DISTRICT JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."