LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
EMILY C. WECHT (State Bar #240106)
epolcari@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MANION and BRIAN DODD, | Case No. 3:13-cv-02996-EMC |
| Plaintiffs, | **STIPULATION REGARDING SETTLEMENT AND REQUEST FOR STATUS CONFERENCE** ; ORDER |
| v. | |
| VINTAGE PHARMACEUTICALS L.L.C. d.b.a. QUALITEST PHARMACEUTICALS, ENDO PHARMACEUTICALS, INC., ENDO PHARMACEUTICALS HOLDING, INC., PATHEON, INC., CVS PHARMACY, INC., LONGS DRUG STORES CALIFORNIA L.L.C., and DOES ONE through ONE HUNDRED, inclusive, | |
| Defendants. | |

TO THE HONORABLE COURT:

The parties to this action have reached a settlement, subject to a formal agreement to be exchanged and executed.

They respectfully request that the trial date and all accompanying dates be vacated, and that the Court set a review hearing or Status Conference in 60 days. By that time, the parties anticipate having completed the settlement, and a dismissal of all parties and all causes of action should be on file.

Respectfully submitted,

Dated: February 13, 2014        WALKUP, MELODIA, KELLY & SCHOENBERGER

*/s/ Khaldoun A. Baghdadi*
KHALDOUN A. BAGHDADI
Attorney for Plaintiffs

Dated: February 13, 2014        K&L GATES

*/s/ Caitlin Blanche*
CAITLIN BLANCHE
Attorney for Defendants CVS Pharmacy, Inc., Longs Drug Stores of California, LLC, and Patheon, Inc.

Dated: February 13, 2014        KAYE SCHOLER, LLP

*/s/ Angela R. Vicari*
ANGELA R. VICARI
Attorney for Defendants Vintage Pharmaceuticals, LLC, d/b/a Qualitest Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., and Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings Inc.)

IT IS SO ORDERED that the trial and trial related deadlines are vacated.  A further CMC is set for 4/24/14 at 10:30 a.m.  An updated joint CMC statement shall be filed by 4/17/14.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2
STIPULATION REGARDING SETTLEMENT AND REQUEST FOR STATUS CONFERENCE
CASE NO. 3:13-CV-02996-EMC