LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
EMILY C. WECHT (State Bar #240106)
epolcari@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MANION and BRIAN DODD<br><br>Plaintiffs,<br><br>v.<br><br>VINTAGE PHARMACEUTICALS L.L.C. d.b.a. QUALITEST PHARMACEUTICALS, ENDO PHARMACEUTICALS, INC., ENDO PHARMACEUTICALS HOLDING, INC., PATHEON, INC., CVS PHARMACY, INC., LONGS DRUG STORES CALIFORNIA L.L.C., and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No. 3:13-cv-02996-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**<br><br>**Date: May 13, 2014**<br>**Time: 10:30 a.m.**<br>**Courtroom 5** |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-10(d).

The parties have reached a settlement agreement and drafted a release. They are in the process of signing the settlement documents and exchanging the settlement funds. The parties hereby request that the Case Management Conference be continued by 45 days so that they can finalize the settlement and dismiss the case.

Dated:                                    WALKUP, MELODIA, KELLY & SCHOENBERGER

                                         /S/ Khaldoun A. Baghdadi
KHALDOUN A. BAGHDADI
Attorney for Plaintiffs

Dated:                                    K&L GATES

                                         /S/ Caitlin C. Blanche
CAITLIN C. BLANCHE
Attorney for Defendants CVS Pharmacy, Inc., Longs Drug Stores of California, LLC, and Patheon, Inc.

Dated:                                    KAYE SCHOLER, LLP

                                         /S/ Angela R. Vicari
ANGELA R. VICARI
Attorney for Defendants Vintage Pharmaceuticals, LLC, d/b/a Qualitest Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., and Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings Inc.)

## I. CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.  The Case Management Conference set for May 13, 2014 is continued to July 10, 2014. at 10:30 a.m.  An updated joint CMC statement shall be filed by July 3, 2014.

IT IS SO ORDERED.

Dated: 5/5/14

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210