LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
EMILY C. WECHT (State Bar #240106)
epolcari@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MANION and BRIAN DODD,<br><br>Plaintiffs,<br><br>v.<br><br>VINTAGE PHARMACEUTICALS L.L.C. d.b.a. QUALITEST PHARMACEUTICALS, ENDO PHARMACEUTICALS, INC., ENDO PHARMACEUTICALS HOLDING, INC., PATHEON, INC., CVS PHARMACY, INC., LONGS DRUG STORES CALIFORNIA L.L.C., and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No. 3:13-cv-02996-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(iii), plaintiffs ASHLEY MANION and BRIAN DODD and defendants VINTAGE PHARMACEUTICALS L.L.C. d.b.a. QUALITEST PHARMACEUTICALS, ENDO PHARMACEUTICALS, INC., ENDO PHARMACEUTICALS HOLDING, INC., and PATHEON, INC. stipulate to the dismissal with prejudice of *Manion v. Vintage Pharmaceuticals, LLC d.b.a. Qualitest Pharmaceuticals, et al.*, Northern District of California case number 3:13-cv-02996-EMC.  Each party will bear its own costs.

///

///

I agree to and accept the foregoing stipulation.

Dated: June 13, 2014					WALKUP, MELODIA, KELLY & SCHOENBERGER

						*/s/ Emily Wecht Polcari*
						EMILY WECHT POLCARI
						Attorney for Plaintiffs

Dated: June 13, 2014					K&L GATES

						*/s/ Caitlin Blanche*
						CAITLIN BLANCHE
						Attorney for Defendants CVS Pharmacy, Inc., Longs Drug Stores of California, LLC, and Patheon, Inc.

Dated: June 13, 2014					KAYE SCHOLER, LLP

						*/s/ Angela R. Vicari*
						ANGELA R. VICARI
						Attorney for Defendants Vintage Pharmaceuticals, LLC, d/b/a Qualitest Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., and Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings Inc.)

## [PROPOSED] ORDER

Having considered the stipulated request of the parties, the Court orders as follows:

The Stipulation of the Parties regarding dismissal with prejudice of *Manion v. Vintage Pharmaceuticals, LLC d.b.a. Qualitest Pharmaceuticals, et al.*, Northern District of California case number 3:13-cv-02996-EMC IS SO ORDERED , each side to bear their own fees and costs.

IT IS SO ORDERED

Dated: 6/19/14					_____
						EDWARD M. CHEN
						DISTRICT JUDGE

[GRANTED — Judge Edward M. Chen]

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210